# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| CULOS, BENJAMIN ROY | § | Case No. 11-20221 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 08/30/2012 in Courtroom 250,
United States Courthouse
c/o Kane County Courthouse
100 S. 3rd St., Geneva, IL 60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/03/2012   By: Kenneth S. Gardner
                              Clerk of the Bankruptcy Court

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

UST Form 101-7-NFR (5/1/2011) (Page: 1)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| CULOS, BENJAMIN ROY | § | Case No. 11-20221 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 24,700.00 |
| and approved disbursements of | $ | 7,727.84 |
| leaving a balance on hand of[1] | $ | 16,972.16 |

Claims of secured creditors will be paid as follows: NONE
Secured claim of Ally Financial in the amount of $30,757.44 (Claim No. 1) was withdrawn. Secured claim of Ally Financial in the amount of $3,412.80 (Claim No. 2) was withdrawn.

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ 3,220.00 | $ 0.00 | $ 3,220.00 |
| Trustee Expenses: JOSEPH R. VOILAND | $ 196.82 | $ 0.00 | $ 196.82 |
| Attorney for Trustee Fees: JOSEPH R. VOILAND | $ 1,032.50 | $ 0.00 | $ 1,032.50 |
| Charges: Clerk of the U.S. Bankruptcy Court | $ 250.00 | $ 0.00 | $ 250.00 |
| Other: JOSEPH R. VOILAND | $ 127.24 | $ 0.00 | $ 127.24 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 4,826.56 |
| Remaining Balance | $ | 12,145.60 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 47,187.43 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005P | Illinois Department of Revenue | $ 47,187.43 | $ 0.00 | $ 12,145.60 |
| | Total to be paid to priority creditors | | $ | 12,145.60 |
| | Remaining Balance | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 30,206.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | American Express Bank, FSB | $ 15,335.53 | $ 0.00 | $ 0.00 |
| 000004 | American Express Bank, FSB | $ 9,362.81 | $ 0.00 | $ 0.00 |
| 000005U | Illinois Department of Revenue | $ 5,508.60 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Joseph R. Voiland
Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-20221-MB
Benjamin Roy Culos                                                  Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: mgonzalez           Page 1 of 2           Date Rcvd: Jul 31, 2012
                              Form ID: pdf006           Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2012.
```
db          +Benjamin Roy Culos,    101 Mavis Ave.,    South Elgin, IL 60177-1229
17455173    +++Ally Financial (f/k/a GMAC),    P.O. Box 130424,    Roseville, MN 55113-0004
17266313    +America United Bank And Trust Co.,    321 W. Golf Rd.,    Schaumburg, IL 60196-1085
17266314    +American Eagle Bank,    556 Randall Rd.,    South Elgin, IL 60177-3315
17266315     American Express,   Box 0001,    Los Angeles, CA 90096-8000
18315860     American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
17266316    +Chase Bank USA,    P.O. Box 15298,    Wilmington, DE 19850-5298
17266310    +Culos Benjamin Roy,    101 Mavis Ave,    South Elgin, IL 60177-1229
17266317     Home Depot Credit Svcs,    P.O. Box 688966,    Des Moines, IA 50368-8966
17266311    +Idrizi & Associates,    1300 W Higgins Rd 115,    Park Ridge, IL 60068-5766
17266318     Illinois Department Of Revenue,    P.O. Box 64338,    Springfield, IL 62794
18396212     Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,   Chicago, IL 60664-0338
17266319    +Joseph D. Foreman & Company Inc.,    28102 W. Industrial Ave.,    Lake Barrington, IL 60010-2450
17441126     Menard's,   PO Box 15524,    Wilmington, DE 19850
17266320    +Robert A. Chapski,    1815 Grandstand Pl.,    Elgin, IL 60123-4916
17266321     Sears Credit Cards,    P.O. Box 183081,    Columbus, OH 43218-3081
17266322     Stearns Bank N.A.,    P.O. Box 750,    Albany, MN 56307-0750
17266323    +Timothy Laurie,    40W332 McDonald Rd.,    Elgin, IL 60124-8605
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17266312    +E-mail/Text: ally@ebn.phinsolutions.com Aug 01 2012 01:38:21     Ally Automotive Financing,
             P. O. Box 380901,    Bloomington, MN 55438-0901
                                                                                             TOTAL: 1
```

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
18315861*    American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 02, 2012**                **Signature:** _Joseph Speetjens_

```
District/off: 0752-1           User: mgonzalez              Page 2 of 2                   Date Rcvd: Jul 31, 2012
                               Form ID: pdf006              Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2012 at the address(es) listed below:
         Jeffrey E Miszczyszyn    on behalf of Debtor Benjamin Culos jeffmisz@yahoo.com
         Joseph  Voiland    jrvoiland@sbcglobal.net,   jvoiland@ecf.epiqsystems.com
         Joseph R Voiland    on behalf of Plaintiff Joseph Voiland jrvoiland@sbcglobal.net
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                                      TOTAL: 4

Case 11-20221    Doc 45    Filed 07/31/12    Entered 08/02/12 23:53:43    Desc Imaged
Certificate of Notice    Page 6 of 6